**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                                    CASE NO. 8:92-CR-247-T-17-TGW

EARNEST RAINEY
_____/

**ORDER**

      This cause comes before the Court on the *sua sponte* direction to address the question of modification of sentence, based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 205). The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant through his appointed counsel. The Court has received and reviewed the responses (Docket Nos. 211 and 222 and Probation's Retroactive Crack Cocaine Amendment Eligibility Assessment). The government and probation agree that the defendant is not eligible for a reduction in sentence based on the amended guidelines. The defense argues for a reduction. The Court finds the responses of the government and probation persuasive. Accordingly, it is.

      **ORDERED** that motion for modification of sentence, based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 205) be **denied**.

      **DONE AND ORDERED** in Chambers in Tampa, Florida this 6th day of November, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record

Case 8:92-cr-00247-EAK   Document 223   Filed 11/06/08   Page 2 of 2 PageID 86