UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,


v.                                                  CASE NO.  8:92-CR-247-T-17TGW


EARNEST TIMOTHY RAINEY.

_____/


ORDER


This cause is before the Court on the Petition for Revocation of Supervised Release (Dkt. 231).  The Court conducted an evidentiary Final Hearing on the Petition for Revocation of Supervised Release on December 11, 2015.


After consideration, the Court denies the Petition for Revocation of Supervised Release, finding that Defendant Rainey did not violate the terms of his supervised release and shall remain on the same terms and conditions of supervised release previously imposed by the Court.  Defendant Rainey is remanded to the custody of the U.S. Marshal.  Accordingly, it is


**ORDERED** that the Petition for Revocation of Supervised Release (Dkt. 231) is **denied**; Defendant Earnest Timothy Rainey did not violate the terms of his supervised release and **shall remain** on the same terms and conditions of supervised release previously imposed by the Court.  Defendant Rainey is **remanded** to the custody of the U.S. Marshal.

Case No. 8:92-CR-247-T-17TGW


      **DONE and ORDERED** in Chambers in Tampa, Florida on this 14th day of December, 2015.


ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE


Copies to:
All parties and counsel of record
U.S. Marshal